UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KUM NAM LEE,<br><br>      Plaintiff,<br><br>-against-<br><br>PROLAND MANAGEMENT,<br><br>      Defendant. | 22-CV-2802 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  On April 5, 2022, the Court received this *pro se* action, purportedly brought by Kum Nam Lee. Court records show that this submission was filed by Young Yil Jo ("Jo"). *See Lee v. Proland Mgmt.*, ECF 1:21-CV-10442, 3 (S.D.N.Y. Feb. 7, 2022) (noting that Jo had filed multiple lawsuits in the name of Lee); *Lee v. Proland Mgmt.*, ECF 1:22-CV-0207, 2 (S.D.N.Y. Feb. 2, 2022) (same); *Lee v. Proland Mgmt.*, ECF 1:22-CV-1957, 2 (S.D.N.Y. Mar. 17, 2022) (same). In *In Re Young Yil Jo*, ECF 1:14-CV-7793, 3 (S.D.N.Y. May 6, 2015), the court barred Jo from filing any new civil action or proceeding in the United States District Court for the Southern District of New York without first obtaining leave of the court.

  Because the Court finds that this action was filed by Jo, the Court dismisses this action without prejudice to any civil action that Kum Nam Lee may wish to bring in the future.

  The Court advises Jo that the orders issued in *In re Young Yil Jo*, 1:14-CV-7793 (S.D.N.Y.), remain in effect. Jo is enjoined from filing any new civil action or proceeding in this court without first obtaining leave of the court. Jo also remains barred from filing any document in this court in the name of another person.

  The Court will continue to dismiss any civil action or proceeding filed by Jo in the name of another person without prejudice to any civil action that person may wish to bring in the

future. Should Jo persist in filing civil actions in this court in the name of other persons, the Court may impose additional restrictions and sanctions on him. *See* 28 U.S.C. § 1651.

## CONCLUSION

The Court dismisses this action without prejudice to any civil action that Kum Nam Lee may wish to bring in the future.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of this order to Young Yil Jo, at 1932 E. Washington Blvd., Pasadena, CA 91104, his address of record for *In Re Young Yil Jo*, ECF 1:14-CV-7793, and note service on the docket.

SO ORDERED.

Dated:   April 7, 2022
           New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                   Chief United States District Judge